**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GARY SPIVEY and KAREN SPIVEY,<br>*Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. |
| HOME123 CORPORATION, HSBC<br>BANK USA, NATIONAL<br>ASSOCIATION, SELIM H.<br>TAHERZADEH, MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS, and JAMES E. BLUE,<br>*Defendants*. | § § § § § § § § § | |

## DEFENDANT SELIM TAHERZADEH'S
## NOTICE OF CONSENT TO REMOVAL

Defendant Selim H. Taherzadeh consents to removal of the above-referenced cause of

action.

Respectfully submitted,

BRICE VANDER LINDEN & WERNICK, P.C.

By: _____

Selim H. Taherzadeh
State Bar No. 24046944
David C. Romness
State Bar No. 24051792
Lauren R. Godfrey
State Bar No. 24063990
R. Kendall Yow
State Bar No. 24066806
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243
(972) 643-6669
(972) 643-6699 (Facsimile)
st@bvwlaw.com

ATTORNEYS FOR DEFENDANT
SELIM H. TAHERZADEH

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served as indicated on this 25th day of January, 2011 to the following:

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Gary Spivey
Karen Spivey
200 Hickman Street
Liberty Hill, Texas 78642
*Pro se*

**VIA FACSIMILE (972) 643-6699**
Selim H. Taherzadeh
David C. Romness
Lauren R. Godfrey
R. Kendall Yow
Brice Vander Linden & Wernick, PC
9441 LBJ Freeway, Suite 250
Dallas, Texas 75243

_Amanda M. Schaeffer_
Amanda M. Schaeffer

- 2 -